# EXHIBIT A

GOVERNMENT OF THE DISTRICT OF COLUMBIA
Corporations Division

## Entity Information

Search > Entity Search > Entity Information

Back

| Record Name | Entity Type |
|---|---|
| GEORGETOWN UNIVERSITY (THE) | Domestic Act of Congress Corporation |

Election Type
N/A

Initial File No.
540000

Entity Status
Active - In Good Standing

Street Address
37TH & O STREETS NW, 204 HEALY HALL, WASHINGTON, DC, 20057, USA

Mailing Address
N/A

Entity Email
N/A

File Date
06/10/1844

Effective Date
06/10/1844

Purpose
Non-profit institution of higher education organized as a non-stock corporation in 1844 under a federal charter granted pursuant to a Special Act of the U.S. Congress.

### Biennial Report Information

Report Status
Due - Not Filed

Next Report Due by
04/01/2026

### Registered Agent Information

Agent Name
ADAM ADLER

Agent Type
Individual

Status
Active

Effective Date of the Resignation
N/A

Agent Email
adam.adler@georgetown.edu

Agent Phone
N/A

Street Address
3700 O STREET, N.W., 202 HEALY HALL, Washington, DC, 20057, USA

Commercial RA?
No

### Beneficial Owner Information (1)

Name
Robert M. Groves

Type
Individual

Entity/Street Address
37th O Streets, NW, 204 Healy Hall, Washington, DC, 20057, USA

### Trade Name Information

| Trade Name | Record No | Status |
|---|---|---|
| LEAVEY CENTER BOOKSTORE | 540000-4118185 | Inactive - Cancelled |
| LEO J. O'DONOVAN DINNING HALL | TN0004951748 | Inactive - Cancelled |
| BULLDOG TAVERN | TN0005708006 | Inactive - Cancelled |
| EPICUREAN AND COMPANY | TN0006366409 | Inactive - Cancelled |
| GU Catering | TN0006657436 | Expired |
| THE HOYA HOTEL | US-DC-TN012600663 | Active Trade Name |

Filing History Report History

This entity's filing history is shown below. For filings done prior to 12/2025, documents will only available for filings submitted online. Filings submitted in-person or by mail will prior to 12/2025 will show 'No documents found.'
**Note:** Older entities may have additional filings not listed here. Contact Corporations Division at dlcp.corp@dc.gov for questions about filing history or documents on record.

| Filing Number | Filing Date | Effective Date | Filing Type | Actions |
|---|---|---|---|---|
| US-DC-TN012600663-01 | 01/09/2026 | 01/12/2026 | Trade Name Registration | |
| 000008228693 | 12/23/2024 | 12/23/2024 | Statement of Correction | |
| 000007945105 | 03/04/2024 | 03/04/2024 | Biennial Report (2024) | |
| 000007424726 | 07/29/2022 | 07/29/2022 | Trade Name Renewal | |
| 000007265704 | 03/07/2022 | 03/07/2022 | Biennial Report (2022) | |
| TN0006657436 | 06/19/2020 | 06/19/2020 | Initial | |
| 000006528401 | 03/05/2020 | 03/05/2020 | Biennial Report (2020) | |
| TN0006366409 | 08/13/2019 | 08/13/2019 | Initial | |
| TN0006274583 | 04/11/2019 | 04/11/2019 | Trade Name Renewal | |
| 000005881155 | 02/23/2018 | 02/23/2018 | Biennial Report (2018) | |
| 000005881032 | 02/23/2018 | 02/23/2018 | Biennial Report (2018) | |
| TN0005708006 | 05/23/2017 | 05/23/2017 | Initial | |
| 000005342603 | 02/19/2016 | 02/19/2016 | Biennial Report (2016) | |
| TN0004951748 | 05/01/2014 | 05/01/2014 | Initial | |
| 000004917271 | 03/27/2014 | 03/27/2014 | Biennial Report (2014) | |
| 000004848081 | 12/19/2013 | 12/19/2013 | Registration | |
| 540000-4145717 | 06/09/2011 | 06/09/2011 | Miscomment | |
| 540000-4145716 | 06/09/2011 | 06/09/2011 | Miscomment | |
| 540000-4118185 | 04/27/2011 | 04/27/2011 | Initial | |
| 540000 | 04/27/2011 | 04/27/2011 | Initial | |
| 2702672-12322 | 03/23/2011 | 03/23/2011 | Other | |
| 540000-4136835 | 01/11/2011 | 01/11/2011 | Miscomment | |

Items per page: 25 1 – 22 of 22

Light Dark 1100 4th Street SW, Washington, DC 20024 Phone: (202) 671-4500 Sitemap